# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
L-3 Communications Vertex Aerospace LLC ) ASBCA No. 60966
)
Under Contract No. N00019-14-R-0019 *et al.* )

APPEARANCES FOR THE APPELLANT: Karen L. Manos, Esq.
Erin N. Rankin, Esq.
Gibson, Dunn & Crutcher LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Samuel W. Morris, Esq.
Michael T. Patterson, Esq.
Trial Attorneys
Defense Contract Management Agency
Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 10 May 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60966, Appeal of L-3 Communications Vertex Aerospace LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals